510

LUCIUS PETERSON, Jr., EXECUTOR, ETC., PLAINTIFF-PETITIONER, v. HELEN LAWRENCE, DEFENDANT-RESPONDENT.

*Mr. David L. Horuvitz* and *Mr. Josiah E. DuBois, Jr.,* for the petitioner.

*Mr. Robert G. Howell* for the respondent.

April 27, 1959.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARIE MARCHAND, DEFENDANT-PETITIONER.

*Mr. Abraham Miller* and *Mr. Abraham J. Slurzberg* for the petitioner.

*Mr. Lawrence A. Whipple* and *Mr. Frank J. V. Gimino* for the respondent.

April 27, 1959.  Granted.